UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINA FOX,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:22-cv-01466-CDB (SS)<br><br>SECOND ORDER ON STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(Doc. 17) |

    Plaintiff Corina Fox ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1). On June 4, 2023, Counsel for Plaintiff learned that Plaintiff passed away. (Doc. 15). Counsel for Plaintiff filed an unopposed motion for a 30-day extension of time to file an opening brief pending an investigation as to whether a party will be substituted for Plaintiff in this instant action. *Id*. On June 6, 2023, the Court granted Plaintiff's motion and extended the due date for Plaintiff's motion for summary judgment from June 8, 2023, to July 8, 2023. (Doc. 16).

    Pending before the Court is Counsel for Plaintiff's stipulation for further briefing extension. (Doc. 17). Counsel for Plaintiff seeks an additional sixty (60) days for the filing of Plaintiff's opening brief to allow for the substitution of Plaintiff. *Id*.

    Accordingly, in light of Counsel for Plaintiff's representations, and for good cause shown,

IT IS HEREBY ORDERED:

1. Plaintiff's due date for filing a motion for summary judgment is extended from July 8, 2023, to September 6, 2023; and
2. The Court's Scheduling Order (Doc. 7) shall continue to govern the filing of any cross-motion and/or reply brief.

IT IS SO ORDERED.

Dated:   **July 5, 2023**

_____
UNITED STATES MAGISTRATE JUDGE