UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINA FOX,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:22-cv-01466-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(Doc. 22) |

　　　Plaintiff Corina Fox ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Docs. 1, 4). On March 22, 2023, Defendant lodged the administrative record to this Court. (Doc. 13). On September 6, 2023, Plaintiff filed an opening brief. (Doc. 19).

　　　Pending before the Court is the parties' stipulation for order extending from November 22, 2023, to December 22, 2023, the time within which Defendant shall file a brief and/or opposition to Plaintiff's opening brief. (Doc. 22).

　　　For the reasons set forth in the stipulation, and for good cause appearing, IT IS HEREBY ORDERED:

　　　1. Defendant shall file its brief and/or opposition by December 22, 2023; and

1

2. The timeliness for the filing of a reply shall be governed by the Court's scheduling order. (Doc. 7).

IT IS SO ORDERED.

Dated:   **November 22, 2023**

UNITED STATES MAGISTRATE JUDGE