UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINA FOX,<br><br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. 1:22-cv-01466-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING *NUNC PRO TUNC* TIME TO FILE COMMISSIONER'S BRIEF AND OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 24) |

     Plaintiff Corina Fox ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security ("Defendant") denying Plaintiff's claim for benefits under the Social Security Act. (Doc. 1, 4). On March 22, 2023, Defendant filed the applicable administrative record. (Doc. 13). Plaintiff filed an opening brief on September 6, 2023. (Doc. 18).

     Pending before the Court is Defendant's second stipulated request to extend the time to file Commissioner's brief and opposition to Plaintiff's opening brief. (Docs. 22, 24). Defendant filed the request for an extension of time on the same date its brief and/or opposition was due. (Doc. 24).

     Requests for extensions of time in the Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent."

L.R. 144(d).  "Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." *Id.*

Here, it appears Defendant made efforts to remand this case for further administrative proceedings but is waiting for Plaintiff's response regarding the settlement offer.  (Doc. 24 at 2). The Court notes it should have become apparent before the due date for Defendant's filing that such an extension was needed, and, hence, under Local Rule 144, Defendant was required to file its current request for extension of time before now.

The Court disfavors granting *nunc pro tunc* relief and directs counsel for Defendant to exercise better care in anticipating any future requests for extensions of time and filing such requests before the terminal filing date that Defendant seeks to extend.   *See* L.R. 144(d) ("Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor.").  Under the circumstances, the Court finds Defendant has demonstrated good cause for the requested extension.

Accordingly, good cause appearing, IT IS HEREBY ORDERED:

1. Defendant shall file its brief and/or opposition by January 5, 2024; and
2. The timeliness for the filing of a reply shall be governed by the Court's scheduling order.  (Doc. 7).

IT IS SO ORDERED.

Dated:   **December 26, 2023**                 _____
                                                UNITED STATES MAGISTRATE JUDGE